**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-11539 (JPS) |
| | ) | |
| RYAN A. CLARK and LINDSAY M. CLARK, | ) | Chapter 7 |
| | ) | |
| | ) | Judge: JESSICA E. PRICE SMITH |
| Debtors. | ) | |

# TRUSTEE'S REPORT OF SALE

Now comes Robert D. Barr, Chapter 7 Trustee herein, and herewith reports the sale of the following property of the bankruptcy estate:

| Property | Sale Order/Notice | Sale Price | Buyers |
|---|---|---|---|
| Real Estate<br>6213 Diana Court<br>Highland Heights, Ohio 44143<br>Cuyahoga County Parcel No.<br>821-29-035 | August 14, 2025<br>Docket No. 45<br><br>September 9, 2025<br>Docket No. 47 | $838,274.00 | Algert Rista and Anisa Rista |

The sale price noted above was the highest offer received for the Property. The attached Seller's Statement summarizes the costs of sale and total disbursements from the sale proceeds. The total sale price was adjusted from $840,000.00 to $838,274.00 based on damage to the property after the contract date but prior to closing.

Further, the Trustee states that the sale was conducted in strict conformity with the United States Bankruptcy Code and the Rules of Bankruptcy Procedure, with proper notice having been served prior to the sale, and that such sale price was fair and reasonable.

Date: September 18, 2025

Respectfully submitted,

*/s/ Robert D. Barr*

Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 1360
Cleveland, Ohio 44114
Phone: (216) 744-2739; Fax: (216) 916-4369
Email: rbarr@koehler.law
Attorney for Robert D. Barr, Trustee

## CERTIFICATE OF SERVICE

I certify that on September 18, 2025, a true and correct copy of the foregoing Report of Sale was served:

Robert Barr, Trustee at barr-trustee@koehler.law

Robert D. Barr, Attorney for the Trustee, at rbarr@koehler.law

Steven Emery, Attorney for the Debtors, at semery@ohiolegalclinic.com

Shorain L. McGhee, Attorney for Creditors Nicholas Dicello, Prestart, LLC, Fabio Salerno, and Oscar Hackett at shorain@smcgheelaw.com

LeAnn E. Covey, Attorney for Creditor Wilmington Savings Fund Society, FSB, as trustee of the Ellington Financial Mortgage Trust 2020-1, at bknotice@clunkhoose.com

Robert C. Wentz, Attorney for Creditor Sky Quest, LLC, at wentzlaw@aol.com

United States Trustee at (registered address)@usdoj.gov

**And via regular U.S. mail upon the following parties:**

Capital One Auto Finance,
a division of Capital One, N.A.,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Company LLC,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Unit
30 East Broad St., 14th Floor
Columbus, OH 43215

*/s/ Robert D. Barr*
Robert D. Barr, Attorney