UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-11539-JPS |
| | § | |
| RYAN A. CLARK | § | |
| LINDSAY M. CLARK | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert D. Barr, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,003,385.00 | Assets Exempt: | $12,300.00 |
| Total Distributions to Claimants: | $607,875.65 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $65,773.35 | | |

3) Total gross receipts of $856,274.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $182,625.00 (see **Exhibit 2),** yielded net receipts of $673,649.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,550,941.88 | $1,466,645.19 | $1,466,645.19 | $591,645.19 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $65,773.35 | $65,773.35 | $65,773.35 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $37,000.00 | $16,283.83 | $16,283.83 | $16,230.46 |
| General Unsecured Claims (from **Exhibit 7**) | $543,247.71 | $632,514.17 | $632,514.17 | $0.00 |
| **Total Disbursements** | $2,131,189.59 | $2,181,216.54 | $2,181,216.54 | $673,649.00 |

4). This case was originally filed under chapter 7 on 04/11/2025. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2026 By: /s/ Robert D. Barr
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 6213 Diana Court Highland Heights OH, Cuyahoga 44143-0000 | 1110-000 | $838,274.00 |
| 2022 Ford Bronco Mileage: 23584 | 1129-000 | $18,000.00 |
| **TOTAL GROSS RECEIPTS** | | $856,274.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Lindsay M. Clark: exemption paid to Debtor. | Exemptions | 8100-002 | $182,625.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $182,625.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Prestare, LLC | 4120-000 | $800,000.00 | $750,000.00 | $750,000.00 | $0.00 |
| 7 | Oscar Hackett | 4120-000 | $125,000.00 | $125,000.00 | $125,000.00 | $0.00 |
| 13 | Sky Quest LLC | 4120-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HOA Dues. | 4110-000 | $0.00 | $300.00 | $300.00 | $300.00 |
| | Payoff of First Mortgage Pursuant to Order Authorizing Sale Entered on 9/9/25 (Docket No. 47). | 4110-000 | $0.00 | $577,609.82 | $577,609.82 | $577,609.82 |
| | Payoff of State of Ohio Tax Lien | 4700-000 | $0.00 | $416.51 | $416.51 | $416.51 |
| | Real Estate Taxes. | 4700-000 | $0.00 | $13,318.86 | $13,318.86 | $13,318.86 |
| | Capital One Auto Finance | 4110-000 | $11,000.00 | $0.00 | $0.00 | $0.00 |
| | Cuyahoga County Fiscal Office | 4110-000 | $34,711.88 | $0.00 | $0.00 | $0.00 |
| | Key Bank | 4110-000 | $50,230.00 | $0.00 | $0.00 | $0.00 |
| | Rushmore Loan Management | 4110-000 | $530,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $1,550,941.88 | $1,466,645.19 | $1,466,645.19 | $591,645.19 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert D. Barr, Trustee | 2100-000 | NA | $16,000.00 | $16,000.00 | $16,000.00 |
| Robert D. Barr, Trustee | 2200-000 | NA | $348.97 | $348.97 | $348.97 |
| Chicago Title Company, LLC | 2500-000 | NA | $1,247.86 | $1,247.86 | $1,247.86 |
| Real Estate Closing Fees - $1,474.00 Adjustment/Holdback for Final Water/Sewer Bill, and Window Replacement. $182.65 Subsequently Refunded by Title Company on 10/6/25. | 2500-000 | NA | $1,474.00 | $1,474.00 | $1,474.00 |
| Real Estate Closing Fees - Title Related (Title Commitment, Escrow Fee, Auditor Transfer Tax, Home Warranty, Title Insurance, Title Insurance Premium Adjustment) | 2500-000 | NA | $6,456.84 | $6,456.84 | $6,456.84 |
| Pinnacle Bank | 2600-000 | NA | $98.12 | $98.12 | $98.12 |
| Clerk of Court | 2700-000 | NA | $199.00 | $199.00 | $199.00 |
| Koehler Fitzgerald LLC, Attorney for Trustee | 3110-000 | NA | $4,368.00 | $4,368.00 | $4,368.00 |
| Koehler Fitzgerald LLC, Attorney for Trustee | 3120-000 | NA | $7.10 | $7.10 | $7.10 |
| Brian R. Greene, Accountant for Trustee | 3410-000 | NA | $2,042.50 | $2,042.50 | $2,042.50 |
| Real Estate Commissions., Realtor for Trustee | 3510-000 | NA | $33,530.96 | $33,530.96 | $33,530.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $65,773.35 | $65,773.35 | $65,773.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Internal Revenue Service | 5800-000 | $37,000.00 | $16,283.83 | $16,283.83 | $16,230.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $37,000.00 | $16,283.83 | $16,283.83 | $16,230.46 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KEYBANK NATIONAL ASSOCIATION | 7100-000 | $56,278.45 | $66,278.72 | $66,278.72 | $0.00 |
| 2 | Cavalry SPV I, LLC | 7100-000 | $68,942.69 | $75,180.11 | $75,180.11 | $0.00 |
| 3 | AT&T Services, Inc. | 7100-000 | $0.00 | $262.80 | $262.80 | $0.00 |
| 4 | Ashley Funding Services, LLC c/o Resurgent Capital Services | 7100-000 | $0.00 | $16.14 | $16.14 | $0.00 |
| 5 | Resurgent Receivables, LLC c/o Resurgent Capital Services | 7100-000 | $4.79 | $445.68 | $445.68 | $0.00 |
| 8 | Fabio Salerno | 7100-000 | $250,000.00 | $250,000.00 | $250,000.00 | $0.00 |
| 9 | Nicholas Dicello | 7100-000 | $60,000.00 | $60,000.00 | $60,000.00 | $0.00 |
| 10 | Capital One N.A. by AIS InfoSource LP as agent | 7100-000 | $795.08 | $1,000.90 | $1,000.90 | $0.00 |
| 11 | Capital One N.A. by AIS InfoSource LP as agent | 7100-000 | $290.82 | $1,105.93 | $1,105.93 | $0.00 |
| 12a | Internal Revenue Service | 7100-000 | $0.00 | $35,312.98 | $35,312.98 | $0.00 |
| 12b | Internal Revenue Service | 7300-000 | $0.00 | $14,134.34 | $14,134.34 | $0.00 |
| 14 | Directv, LLC by AIS InfoSource LP as agent | 7100-000 | $0.00 | $596.84 | $596.84 | $0.00 |
| 15 | Ford Motor Credit Company LLC c/o AIS Portfolio Se | 7100-000 | $0.00 | $766.03 | $766.03 | $0.00 |
| 16 | Ohio Department of Taxation Bankruptcy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Division | | | | | |
| 17 | Sky Quest LLC | 7100-000 | $18,682.68 | $20,317.37 | $20,317.37 | $0.00 |
| 18 | Citibank N.A. | 7100-000 | $0.00 | $12,281.23 | $12,281.23 | $0.00 |
| 19 | Citibank N.A. | 7100-000 | $0.00 | $1,459.56 | $1,459.56 | $0.00 |
| 20 | The Huntington National Bank | 7100-000 | $87,262.94 | $93,355.54 | $93,355.54 | $0.00 |
| | Akron Children's Hospital | 7100-000 | $390.26 | $0.00 | $0.00 | $0.00 |
| | Cleveland Clinic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Highland Springs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Megan Ursick | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Prestare LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wenger Orthodontics, Inc. | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $543,247.71 | $632,514.17 | $632,514.17 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 25-11539-JPS
**Case Name:** CLARK, RYAN A. AND CLARK, LINDSAY M.
**For the Period Ending:** 8/11/2026

**Trustee Name:** Robert D. Barr
**Date Filed (f) or Converted (c):** 04/11/2025 (f)
**§341(a) Meeting Date:** 06/16/2025
**Claims Bar Date:** 09/25/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 6213 Diana Court Highland Heights OH, Cuyahoga 44143-0000 | $1,000,000.00 | $838,274.00 | | $838,274.00 | FA |
| **Asset Notes:** | The original sale amount was $840,000, but there was adjusted to $838,271 due to an adjustment to the sale price based on the condition of the premises. Additionally, the Debtor subsequently agreed to reduce her homestead exemption by $18,000 to pay the bankruptcy estate for a 2022 Ford Bronco. Thus, $18,000 has been allocated for that vehicle. | | | | | |
| 2 | 281 Bishop Rd. Highland Heights OH, Cuyahoga 44143-0000 | $600,000.00 | $0.00 | | $0.00 | FA |
| 3 | 29100 White Rd. Highland Heights OH, Cuyahoga 44143-0000 | $400,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2022 Ford Bronco Mileage: 23584 | $34,691.00 | $18,000.00 | | $18,000.00 | FA |
| **Asset Notes:** | Per agreement with Lindsay Clark, this was paid from Ms. Clark's claim of homestead exemption in sold real estate. | | | | | |
| 5 | Household Goods and Furnishings | $6,000.00 | $0.00 | | $0.00 | FA |
| 6 | Cell Phones, TVs, Computers, Tablets | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | 2 Dogs, Hamster, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Cash on Hand | $50.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Citizens Bank (Joint) | $250.00 | $0.00 | | $0.00 | FA |
| 12 | Anticipated 2024 Income Tax Refund (we anticipate that all of it will be offset for back taxes owed) Federal | $3,385.00 | $0.00 | | $0.00 | FA |
| 13 | Crypto Assets/Account (u) | $0.00 | $0.00 | | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$2,050,376.00** | **$856,274.00** | | **$856,274.00** | **$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 25-11539-JPS | **Trustee Name:** | Robert D. Barr |
| **Case Name:** | CLARK, RYAN A. AND CLARK, LINDSAY M. | **Date Filed (f) or Converted (c):** | 04/11/2025 (f) |
| **For the Period Ending:** | 8/11/2026 | **§341(a) Meeting Date:** | 06/16/2025 |
| | | **Claims Bar Date:** | 09/25/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/30/2026

**Current Projected Date Of Final Report (TFR):** 06/30/2026

/s/ ROBERT D. BARR

ROBERT D. BARR

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 25-11539-JPS | **Trustee Name:** | Robert D. Barr |
| **Case Name:** | CLARK, RYAN A. AND CLARK, LINDSAY M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***1264 | **Checking Acct #:** | ******0366 |
| **Co-Debtor Taxpayer ID #:** | **-***1265 | **Account Title:** | |
| **For Period Beginning:** | 4/11/2025 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/11/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/18/2025 | | Chicago Title Company, LLC | Payment for Sale of Real Estate. See Docket Nos. 47 and 49. Total gross sale proceeds were $838,274.00. | | * | $203,736.50 | | $203,736.50 |
| | {1} | | Gross Real Estate Proceeds. Gross sale amount was $838,091.35. $182.65 was subsequently paid by the Title Company for a water/sewer bill holdback. | $838,274.00 | 1110-000 | | | $203,736.50 |
| | | | Payoff of First Mortgage Pursuant to Order Authorizing Sale Entered on 9/9/25 (Docket No. 47). | $(577,609.82) | 4110-000 | | | $203,736.50 |
| | | | Real Estate Taxes. | $(13,318.86) | 4700-000 | | | $203,736.50 |
| | | | Payoff of State of Ohio Tax Lien | $(416.51) | 4700-000 | | | $203,736.50 |
| | | | Real Estate Commissions. | $(33,530.96) | 3510-000 | | | $203,736.50 |
| | | | Real Estate Closing Fees - Title Related (Title Commitment, Escrow Fee, Auditor Transfer Tax, Home Warranty, Title Insurance, Title Insurance Premium Adjustment) | $(6,456.84) | 2500-000 | | | $203,736.50 |
| | | | HOA Dues. | $(300.00) | 4110-000 | | | $203,736.50 |
| | | | Real Estate Closing Fees - Utilities (Water & Sewer). | $(1,430.51) | 2500-000 | | | $203,736.50 |
| | | | Real Estate Closing Fees - $1,474.00 Adjustment/Holdback for Final Water/Sewer Bill, and Window Replacement. $182.65 Subsequently Refunded by Title Company on 10/6/25. | $(1,474.00) | 2500-000 | | | $203,736.50 |
| | | | | | **SUBTOTALS** | $203,736.50 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 25-11539-JPS | **Trustee Name:** | Robert D. Barr |
| **Case Name:** | CLARK, RYAN A. AND CLARK, LINDSAY M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***1264 | **Checking Acct #:** | ******0366 |
| **Co-Debtor Taxpayer ID #:** | **-***1265 | **Account Title:** | |
| **For Period Beginning:** | 4/11/2025 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/11/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/25/2025 | 5001 | Lindsay M. Clark | Payment of Claim of Homestead Exemption. Lindsay M. Clark was the sole owner of the real estate. Per an agreement with Ms. Clark, the claim of exemption was reduced by $18,000 to pay the bankruptcy estate for the equity in a 2022 Ford Bronco. | | * | | $164,625.00 | $39,111.50 |
| | | | Lindsay M. Clark: exemption paid to Debtor. | $(182,625.00) | 8100-002 | | | $39,111.50 |
| | {4} | | Payment of Claim of Homestead Exemption. Lindsay M. Clark was the sole owner of the real estate. Per an agreement with Ms. Clark, the claim of exemption was reduced by $18,000 to pay the bankruptcy estate for the equity in a 2022 Ford Bronco. | $18,000.00 | 1129-000 | | | $39,111.50 |
| 10/06/2025 | | Chicago Title Company, LLC | Refund on Check# 0 | | 2500-002 | | ($182.65) | $39,294.15 |
| 10/31/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $49.07 | $39,245.08 |
| 11/28/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $49.05 | $39,196.03 |
| 06/29/2026 | 5002 | Brian R. Greene | Account Number: ; Claim #: ; Distribution Dividend: 100.00; | | 3410-000 | | $2,042.50 | $37,153.53 |
| 06/29/2026 | 5003 | Clerk of Court | Account Number: ; Claim #: ; Distribution Dividend: 100.00; | | 2700-000 | | $199.00 | $36,954.53 |
| 06/29/2026 | 5004 | Koehler Fitzgerald LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; | | 3110-000 | | $4,368.00 | $32,586.53 |
| 06/29/2026 | 5005 | Koehler Fitzgerald LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; | | 3120-000 | | $7.10 | $32,579.43 |
| 06/29/2026 | 5006 | Robert D. Barr | Trustee Compensation | | 2100-000 | | $16,000.00 | $16,579.43 |
| 06/29/2026 | 5007 | Robert D. Barr | Trustee Expenses | | 2200-000 | | $348.97 | $16,230.46 |
| 06/29/2026 | 5008 | Internal Revenue Service | Account Number: ; Claim #: 12; Distribution Dividend: 99.67; | | 5800-000 | | $16,230.46 | $0.00 |

**SUBTOTALS** $0.00 $203,736.50

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 25-11539-JPS | **Trustee Name:** | Robert D. Barr |
| **Case Name:** | CLARK, RYAN A. AND CLARK, LINDSAY M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***1264 | **Checking Acct #:** | ******0366 |
| **Co-Debtor Taxpayer ID #:** | **-***1265 | **Account Title:** | |
| **For Period Beginning:** | 4/11/2025 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/11/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $203,736.50 | $203,736.50 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $203,736.50 | $203,736.50 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $203,736.50 | $203,736.50 | |

**For the period of 4/11/2025 to 8/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $856,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $856,274.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $673,649.00 |
| Total Non-Compensable Disbursements: | $182,625.00 |
| Total Comp/Non Comp Disbursements: | $856,274.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/17/2025 to 8/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $856,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $856,274.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $673,649.00 |
| Total Non-Compensable Disbursements: | $182,625.00 |
| Total Comp/Non Comp Disbursements: | $856,274.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 25-11539-JPS | **Trustee Name:** | Robert D. Barr |
| **Case Name:** | CLARK, RYAN A. AND CLARK, LINDSAY M. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***1264 | **Checking Acct #:** | ******0366 |
| **Co-Debtor Taxpayer ID #:** | **-***1265 | **Account Title:** | |
| **For Period Beginning:** | 4/11/2025 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/11/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $203,736.50 | $203,736.50 | $0.00 |

**For the period of 4/11/2025 to 8/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $856,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $856,274.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $673,649.00 |
| Total Non-Compensable Disbursements: | $182,625.00 |
| Total Comp/Non Comp Disbursements: | $856,274.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/11/2025 to 8/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $856,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $856,274.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $673,649.00 |
| Total Non-Compensable Disbursements: | $182,625.00 |
| Total Comp/Non Comp Disbursements: | $856,274.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT D. BARR

ROBERT D. BARR