**IT IS SO ORDERED.**

**Dated: 15 October, 2026 04:35 PM**

**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under** |
| | ) | |
| **RYAN A. CLARK AND LINDSAY M. CLARK,** | ) | **Chapter 13** |
| | ) | |
| **Debtor,** | ) | **Case No.25-11539** |
| | ) | |
| **PRESTARE, LLC, et al.,** | ) | **Adv. No. 25-1047** |
| | ) | |
| **Plaintiff,** | ) | **CHIEF JUDGE JESSICA E.** |
| | ) | **PRICE SMITH** |
| **vs.** | ) | |
| | ) | |
| **RYAN A. CLARK, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JUDGMENT BY DEFAULT

Default was entered against Defendant, Ryan A. Clark on September 22, 2026. Therefore, on Motion of the Plaintiffs, judgment is entered against the Defendant, Ryan A. Clark in favor of the Plaintiff as follows:

Sums owed the following Plaintiffs are non-dischargeable debt pursuant to **11 USC §523(a)(2)(A) and (B).**

- Sums owed to Prestare, LLC. $750,000.00 at 17% interest since October 15, 2021.

- Sums owed to Oscar Hackett $125,000.00 at 15% interest since November 15, 2021.

- Sums owed to Fabio Salerno $250,000.00 at 18% interest since November 1, 2021.

-Sums owed to Nicholas Dicello $60,000.00 at 18% interest since November 1, 2021.

###

Submitted:
/s/Shorain L McGhee
Shorain L. McGhee, Esq. (0075904)
6300 Rockside Road, Ste 302
Independence, Ohio 44131
(440)845-1666, F(216)264-4079
shorain@smcgheelaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing Order on the Judgment by Default was forwarded as follows this __ Day of October, 2026.

US Trustee
Via E-mail

Robert Barr, Chapter 7 Trustee
Via E-mail barr-trustee@koehler.law

Ryan Clark, Debtor
6213 Diana Court
Highland Heights, Ohio 44143

Lindsay Clark, Debtor
6213 Diana Court
Highland Heights, Ohio 44143

Steven Emery, Attorney for Debtor
Via E-mail semery@ohiolegalclinic.com

Shorain L McGhee, Counsel for Plaintiffs at
shorain@smcgheelaw.com